IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM ROBERT BROWN, JR., Individually, and as the Personal Representative of the Estate of Ann Marie Brown, deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 15-0228-CG-C ) |
| PERFORMANCE TRUCKING, INC., ARCHIE WASHINGTON TABOR, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,[1] | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

The parties having filed a Joint Stipulation for Dismissal (Doc. 35), all the remaining claims of William R. Brown, Jr., against the sole remaining defendant, State Farm Mutual Automobile Insurance Company are hereby **DISMISSED with prejudice.** Each party shall bear his or its own costs.

**DONE and ORDERED** this 17th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claims against Defendants Performance Trucking, Inc. and Archie Washington Tabor were dismissed with prejudice by Order issued on December 1, 2015 (Doc. 33).